DANIEL MALAKAUSKAS, *Cal. Bar. No. 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242/Fax: 888-802-2440
Email: daniel@malakauskas.com

Attorney for Plaintiff: ***Meryl Pomponio***

ALFONSO L. POIRÉ, *Cal. Bar No.:149185*
REYNOLDS LAW, LLP
1411 Oliver Road, Suite 300
Fairfield, CA 94534
Tel:707-425-1255/Fax:707-207-7955
Email:apoire@reynoldslawllp.com

Attorney for Defendants:  ***William Hernandez, And, Victoria Hernand***

JOSEPH WOOD, *Cal. Bar No.:103596*
HENNEFER, FINLEY & WOOD, LLP
235 Montgomery Street, Suite 858
San Francisco, CA 94104
Tel:415-421-6100/Fax:415-310-5692
Email:jhcwlaw@yahoo.com

Attorney for Defendants: ***Kenny Kin Yuen Lee, And Yim Oi Lee***

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>                Plaintiff,<br><br>   v.<br><br>**WILLIAM HERNANDEZ, VICTORIA HERNANDEZ**, as an individual and doing business as "Rinconcito Salvadoreno", **KENNY KIN YUEN LEE**, **YIM OI LEE**, and **DOES** 1-50, Inclusive, | CASE NO.: 2:19-cv-2538-JAM-EFB<br><br>**ORDER GRANTING STIPULATED REQUEST FOR STAY**<br><br>**Judge: John A. Mendez** |

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO STAY THE CASE**   1

## **ORDER:**

IT IS HEREBY ORDERED, that good cause having been shown, this case is stayed for ninety (90) days to allow the Parties to conduct a joint site inspection and engage in settlement discussions.

Dated: August 6, 2020

/s/ John A. Mendez_____
The Honorable JOHN A. MENDEZ,
United States District Court Judge,
Eastern District of California